UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DEBORAH L BOYLE

        Debtor(s)         CHAPTER 13
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant        CASE NO: 5-22-00569-MJC

vs.
DEBORAH L BOYLE etal
        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 9, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on March 30, 2022.

2. A hearing was held and an Order was entered on June 7, 2022 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        /s/   Agatha R. McHale, Esq.
        Id:   47613
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA   17036
        Ph.   717-566-6097
        email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH L BOYLE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-22-00569-MJC

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA

Date: September 27, 2022

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: September 9, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DEBORAH L BOYLE

               Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
               Movant

DEBORAH L BOYLE etal

               Respondent(s)

CHAPTER 13

CASE NO: 5-22-00569-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 9, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTONPA18640-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

<u>Served by 1st Class Mail</u>

DEBORAH L BOYLE
35 North Lake Road
Sweet Valley, PA   18656

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 9, 2022

               /s/   Vickie Williams
               Jack N. Zaharopoulos
               Standing Chapter 13 Trustee
               Suite A, 8125 Adams Dr.
               Hummelstown, PA   17036
               Phone:   (717) 566-6097
               email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DEBORAH L BOYLE
    Debtor(s)

CHAPTER 13

CASE NO: 5-22-00569-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

DEBORAH L BOYLE etal
    Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.