UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DEBORAH L BOYLE

                                    Debtor(s)

JACK N. ZAHAROPOULOS                                   CHAPTER 13
CHAPTER 13 TRUSTEE
                            Movant
vs.
DEBORAH L BOYLE
                                                                    CASE NO: 5-22-00569-MJC
                           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 16, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     August 16, 2023                               Respectfully submitted,

                                                                         /s/    Agatha R. McHale, Esquire
                                                                         ID: 47613
                                                                         Attorney for Movant
                                                                         Jack N. Zaharopoulos
                                                                         Standing Chapter 13 Trustee
                                                                         Suite A, 8125 Adams Drive
                                                                         Hummelstown, PA 17036
                                                                         Phone: (717) 566-6097
                                                                         email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DEBORAH L BOYLE

                Debtor(s)

JACK N. ZAHAROPOULOS               CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

DEBORAH L BOYLE

                                            CASE NO: 5-22-00569-MJC

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    September 21, 2023 at 10:00 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA 18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5,577.01**
   **AMOUNT DUE FOR THIS MONTH: $1,500.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $7,077.01**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  August 16, 2023

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DEBORAH L BOYLE

                Debtor(s)

| | |
|---|---|
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant<br>vs.<br>DEBORAH L BOYLE<br>    Respondent(s) | CHAPTER 13<br><br><br><br>CASE NO: 5-22-00569-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 16, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTON PA 18640-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>SERVED BY FIRST CLASS MAIL</u>

DEBORAH L BOYLE
35 NORTH LAKE ROAD
SWEET VALLEY PA 18656

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2023                                     /s/ Matt Arcuri
                                                                                  Office of the Standing Chapter 13 Trustee
                                                                                   Jack N. Zaharopoulos
                                                                                   Suite A, 8125 Adams Dr.
                                                                                  Hummelstown, PA 17036
                                                                                  Phone: (717) 566-6097
                                                                                  email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DEBORAH L BOYLE

         CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant             CASE NO: 5-22-00569-MJC

vs.

DEBORAH L BOYLE

## ORDER DISMSSING CASE

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.