IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-00569 |
| Deborah L Boyle, | : | Chapter 13 |
| | : | Judge Mark J. Conway |
| Debtor. | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| Deborah L Boyle | : | |
| Larry Boyle | : | |
| Jack N Zaharopoulos, | : | Related Document No. 40 |
| Movants, | : | |
| v. | : | |
| | : | |
| PNC Bank, National Association | : | |
| Respondents. | : | |

**OBJECTION OF PNC BANK, NATIONAL ASSOCIATION TO
THE MOTION TO MODIFY AMENDED PLAN (DOCKET NUMBER 40)**

PNC Bank, National Association ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed motion to modify amended plan ("Plan") filed by Deborah L Boyle ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 35 N Lake Rd, Sweet Valley, PA 18656 ("Property").

2. Creditor filed a Proof of Claim in the amount of $7,543.10. This amount includes a pre-petition arrearage in the amount of $203.91.

3. Post-petition payments are due for December 2022, and Debtor's Plan does not provide for the post-petition arrearage due on Creditor's claim.

4. Debtor's Plan represents an impermissible modification of Creditor's claim and a

22-008863_ALO

violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Motion to Modify Amended Plan.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

22-008863_ALO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 22-00569 |
| Deborah L Boyle, | Chapter 13 |
| Debtor. | Judge Mark J. Conway |
| | * * * * * * * * * * * * * * * * * * |
| Deborah L Boyle | |
| Larry Boyle | |
| Jack N Zaharopoulos, | Related Document No. 40 |
| Movants, | |
| v. | |
| PNC Bank, National Association | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of PNC Bank, National Association to the Motion to Modify Amended Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

John Fisher, Attorney for Deborah L Boyle, johnvfisher@yahoo.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Deborah L Boyle and Larry Boyle, 35 North Lake Road, Sweet Valley, PA 18656

US Bank, PO BOX 108, St. Louis, MO 63166

/s/Alyk L. Oflazian

22-008863_ALO