**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Deborah L Boyle** | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **22-00569** |
| | : | |
| | : | |
| **PNC Bank, National Association** | : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | **(if applicable)** |
| vs | : | |
| | : | Nature of Proceeding: **Hearing** |
| **Deborah L Boyle** | : | Pleading: **Objection of PNC Bank, Natioal** |
| **Larry Boyle** | : | **Association to the Motion to Modify** |
| | : | **Amended Plan** |
| **Jack N Zaharopoulos** | : | |
| Defendants(s)/Respondent(s) | | Document #: **43** |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 1/23/2024                               /s/Alyk L. Oflazian
                                                         Attorney for PNC Bank, National Association

22-008863_SCS2